IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINE DALLAS** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 23-00466-KD-N |
| ) | |
| **CITY OF MOBILE, ALABAMA, et al.,** ) | |
| Defendants ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation, (doc. 53), to which an objection is made, (doc. 55), and responses from the Defendants (docs. 57, 58, & 59), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the City of Mobile's motion to dismiss is **GRANTED.** Accordingly, any claims for municipal liability relating to unlawful customs, policies, practices, or procedures of police officers demanding identification be produced by individuals not suspected of illegal activity or those claims otherwise connected to the violations asserted in the Second and Third Claims of Relief as those claims relate to Defendants Jared Hutto and Christian Davila are **DISMISSED**.

**DONE** this **7th day** of **August**, **2025.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**