# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE DALLAS )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CITY OF MOBILE, ALABAMA, et al., )<br>    Defendants ) | CIVIL ACTION No. 23-00466-KD-N |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, (doc. 54), made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Jared Hutto and Christian Davila's partial motions to dismiss, (docs. 35 & 38), are **GRANTED**. The Second and Third Claims for Relief are **DISMISSED without prejudice**, the Fourth Claim for Relief as pertaining to Defendants Hutto and/or Davila is **DISMISSED**, and the Fifth Claim for Relief is **DISMISSED.**

   **DONE** this **7th day** of **August**, **2025.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**