IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE DALLAS as the Administrator for the Estate of JAWAN LEE MCGEE DALLAS, | ) ) ) ) |
| Plaintiff, | ) CASE NO. 1:23-CV-00466-KD-MU |
| v. | ) ) ) |
| CITY OF MOBILE, ALABAMA; OFFICER JARRED HUTTO, in his individual capacity, and OFFICER CHRISTIAN DAVILA, in his individual capacity, | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' JOINT REPORT SETTING FORTH THE STATUS OF SETTLEMENT**

In accordance with the Court's May 23, 2024 Rule 16(b) Scheduling Order (Doc. 20), Defendants City of Mobile, Officer Jarred Hutto, and Officer Christian Davila (collectively, the "Defendants"), by and through respective counsel of record, provides the following status report to the Court:

**Settlement/ADR:** To date, Plaintiff and Defendants have not engaged in settlement negotiations. Moreover, undersigned counsel for the respective Defendants respectfully suggests that meaningful evaluation of settlement cannot be assessed until the completion of briefing on dispositive motions.

Respectfully submitted by,

*/s/ Robert B. Reasonover*
RAYMOND L. BELL, JR.
MARK L. REDDITT
ROBERT B. REASONOVER
*Attorneys for Defendant Christian Davila*

**OF COUNSEL:**
MAYNARD NEXSEN PC
11 North Water Street, Ste. 24290
Mobile, AL 36602
Telephone: 251.432.0001
Fax: 251.432.0007
Email: rbell@maynardnexsen.com
      mredditt@maynardnexsen.com
      rreasonover@maynardnexsen.com

                      /s/ Taylor Barr Johnson [w/consent]
                      Ricardo A. Woods (ASB-1019-R80W)
                      Taylor Barr Johnson (ASB-8851-Y78B)
                      Kristy L. Waldron (ASB-5388-R80D)
                      Mark B. Roberts (ASB-9902-M57R)
                      *Attorneys for the City of Mobile, Alabama*

**OF COUNSEL:**
Burr & Forman LLP
11 N. Water Street, Suite 22200
Mobile, Alabama 36602
Tel: 251-344-5151
Email: rwoods@burr.com
      tjohnson@burr.com
      kwaldron@burr.com
      mroberts@burr.com

                      /s/ James B. Rossler [w/consent]
                      JAMES B. ROSSLER
                      ROSSLER LAW FIRM LLC
                      2124 Marchfield Drive W
                      Mobile, Alabama 36693
                      Phone: 251-432-2300
                      Email: jrossler@rosslerlaw.com
                      *Attorney for Defendant Jarred Hutto*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

                                        */s/ Robert B. Reasonover*
                                        ROBERT B. REASONOVER