# Exhibit 1

 Gmail

**Harry Daniels <daniels@harrymdaniels.com>**

# 1:23-cv-00466-KD-MU; Dallas v. City of Mobile, Alabama

**Waldron, Kristy** <kwaldron@burr.com>                                      Thu, Feb 27, 2025 at 3:03 PM
To: Harry Daniels <daniels@harrymdaniels.com>
Cc: "Dr Roderick Van Daniel, Esquire" <roddaniel205@gmail.com>, "lee@leemerrittesq.com" <Lee@leemerrittesq.com>, Ben Crump <ben@bencrump.com>, BURRIS Burris <burris@lmi.net>, "Woods, Ricardo" <rwoods@burr.com>, "Johnson, Taylor" <tjohnson@burr.com>, "Forsyth, Natalie" <nforsyth@burr.com>, "Nelson, Alyssa" <anelson@burr.com>

Hi Harry,

By our calculations, the City's response to your requests for production is due tomorrow.

Given that the Court has not yet entered a protective order or ruled on our partial motion to dismiss, would you be agreeable to a three (3) week extension?

[Quoted text hidden]
[Quoted text hidden]

Counsel,

[Quoted text hidden]