IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINE DALLAS as the Administrator for the Estate of Jawan Lee McGee Dallas,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CITY OF MOBILE, ALABAMA, JARRED HUTTO in his individual capacity, and CHRISTIAN DAVILLA in his individual capacity,** )<br>)<br>**Defendants.** ) | Civil Action No. 23-00466-KD-MU |

## **JUDGMENT**

In accordance with the Order entered this date, granting summary judgment in favor of Defendants City of Mobile Alabama, Jared Hutto in his individual capacity, and Christian Davila in his individual capacity, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants and against Plaintiff Christine Dallas as the Administrator for the Estate of Jawan Lee McGee Dallas.

DONE and ORDERED this the 10th day of March 2026.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE